UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 21, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

James Leckie Brown, Jr.

| | |
|---|---|
| Case No.: | 18-31572 |
| Hearing Date: | 3/19/2019 |
| Judge: | Sherwood |
| Chapter: | 7 |

## ORDER ON REAFFIRMATION AGREEMENT

The relief set forth on the following page is **ORDERED**.

**DATED: March 21, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The Debtor(s) having filed a motion for approval of the reaffirmation agreement dated

_____02/13/2019_____ made between the debtor(s) and _____

_Americredit Financial Services_____, and the Court having held the hearing required by

11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on _____03/19/2019_____, it is

hereby ORDERED that:

- ☒ The Court GRANTS the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

- ❑ The Court GRANTS the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

- ❑ The Court does not approve the reaffirmation agreement under 11 U.S.C. § 524(m).

- ❑ The Court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

- ❑ The Court does not approve the reaffirmation agreement.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                            Case No. 18-31572-JKS
James Leckie Brown, Jr.                                           Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Mar 21, 2019
                              Form ID: pdf903       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
```
db            +James Leckie Brown, Jr.,    255 Pequest Road,    Andover, NJ 07821-2117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                             TOTAL: 0
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Donald V. Biase    dbiase4236@gmail.com,
           dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
          Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 5
```